**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Z. N., : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 1:18-1286** |
| : | |
| v : | **(JUDGE MANNION)** |
| **CUMBERLAND COUNTY CHILDREN AND YOUTH SERVICES,** : | |
| : | |
| **Defendant** | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

The plaintiff's motion for an *ex parte* preliminary injunction, **(Doc. 3)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 26, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1286-01-ORDER.wpd